# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Rosen, Gerald E. | 2. Court or Organization  U.S. District Court | 3. Date of Report  5/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  Room 730 U.S. Courthouse 231 West Lafayette Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |
| 4. 2007 | The Michigan Baseball Ventures, LLC - See Part VIII. Additional Information |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 19 A 10: 20 RECEIVED

Rose_Gerald_E

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/29/08 | Royalties from Federal Civil Procedure / Federal Employment - West Group | $10,800.00 |
| 2. 2/21/08 | Royalties from Michigan Practice Guide - West Group (8/07-1/08) | $27.26 |
| 3. 3/20/08 | Royalties from California Practice Guide - West Group (7/07-12/07) | $450.03 |
| 4. 3/20/08 | Royalties from Fed. Civil Trial & Evidence - West Group (7/07-12/07) | $1,637.80 |
| 5. 3/20/08 | Royalties from Fed. Employment Litigation - West Group (7/07-12/07) | $386.18 |
| 6. 3/20/08 | Royalties from Fed. Civil Trial & Evidence (California Edition) - West Group (7/07-12/07) | $3,050.09 |
| 7. 8/26/08 | Royalties from Michigan Practice Guide - West Group (2/08-7/08) | $33.95 |
| 8. 9/23/08 | Royalties from California Practice Guide - West Group (1/08-6/08) | $421.44 |
| 9. 9/23/08 | Royalties from Fed. Civil Trial & Evidence - West Group (1/08-6/08) | $10,103.59 |
| 10. 9/23/08 | Royalties from Fed. Employment Litigation - West Group (1/08-6/08) | $1,172.79 |
| 11. 9/23/08 | Royalties from Fed. Civil Trial & Evidence (California Edition) - West Group (1/08-6/08) | $3,319.61 |
| 12. 9/29/08 | Royalties from Michigan Practice Guide - West Group (2/08-7/08) | $528.43 |
| 13. 1/08-4/08 | Adjunct Professor at University of Michigan Law School - Compensation for Teaching Evidence - Winter Session | $22,323.68 |
| 14. 9/08-12/08 | Adjunct Professor at Cooley Law School - Compensation for Teaching Evidence - Fall Session | $3,333.01 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Island Hotel | 12/28/07-1/3/08 | Newport Beach, California | Personal | Lodging |
| 2. Fordham University | 2/8/08 | New York, New York | Seminar Speaker | Airfare, hotel, meals, parking, taxi. |
| 3. Thomson West | 3/31/08 | New York, New York | Seminar Speaker | Airfare, taxi, parking, meals. |
| 4. Rand Corp. | May 8-9, 2008 | Los Angeles, California | Seminar Speaker | Airfare, meals, parking. |
| 5. The Rutter Group | June 26-28, 2008 | Seattle, Washington | Seminar Speaker | Airfare, parking, taxi, meals. |
| 6. The Rutter Group | 7/16/08 | Detroit, Michigan | Seminar Speaker | Meals. |
| 7. The Rutter Group | 7/17/08 | Cincinnati, Ohio | Seminar Speaker | Airfare, mileage, parking. |
| 8. SMU Dedman Law School | Oct. 2-3, 2008 | Dallas, Texas | Seminar Speaker | Airfare, meals, parking. |
| 9. The Rutter Group | Oct. 9-10, 2008 | Chicago, Illinois | Seminar Speaker | Airfare, meals, taxi, parking. |
| 10 Human Rights First | Nov. 17-18, 2008 | Arlington, Virginia | Seminar Speaker | Airfare, hotel, parking, meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Marriott Vacation Club International | Mortgage on ▮▮▮ Time Share | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank Accounts - Detroit (y) | | | | | | | | | |
| 2. National City Accounts - Detroit | A | Interest | J | T | | | | | |
| 3. IRA No. 1 | | | | | | | | | |
| 4. -Transacanada | A | Dividend | J | T | | | | | |
| 5. -Nestle's | A | Dividend | J | T | | | | | |
| 6. -Natural Resource Partners | A | Dividend | J | T | | | | | |
| 7. -Goldcorp Inc. | A | Dividend | K | T | | | | | |
| 8. -Rogers Communication | A | Dividend | K | T | | | | | |
| 9. -Kinross Gold Corp | A | Dividend | K | T | | | | | |
| 10. -MDU Resources Group | A | Dividend | J | T | | | | | |
| 11. -Group Danone | A | Dividend | K | T | | | | | |
| 12. -UBSPW Ret Money Fund | A | Dividend | J | T | | | | | |
| 13. IRA No. 2 | | | | | | | | | |
| 14. -Forest Oil Corp | A | Dividend | J | T | | | | | |
| 15. -Shoppers Drug Mart Corp | A | Dividend | J | T | | | | | |
| 16. -Mariner Energy Inc | | None | J | T | | | | | |
| 17. -Foundation Coal Holdings | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 -$5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Activision Inc. | | None | K | T | | | | | |
| 19. -Agrium Inc. | A | Dividend | K | T | | | | | |
| 20. -Ensco Int'l Inc. | A | Dividend | J | T | | | | | |
| 21. -Costco Wholesale Corp | A | Dividend | J | T | Buy | 10/14 | J | | |
| 22. -El Paso Electric Co. | A | Dividend | J | T | | | | | |
| 23. -Agree Realty Corp. | | None | | | Sold | 1/08 | J | A | |
| 24. -Coca Cola FEMSA | | None | K | T | | | | | |
| 25. -Diageo | A | Dividend | J | T | | | | | |
| 26. -Lockhead Martin | A | Dividend | J | T | | | | | |
| 27. -Norfolk Sourthern | A | Dividend | J | T | | | | | |
| 28. -Satyamn Computer | A | Dividend | J | T | | | | | |
| 29. -UBSPW Ret Money FD | A | Dividend | J | T | | | | | |
| 30. Roth IRA No. I | | | | | | | | | |
| 31. -Eldorado Gold | | None | J | T | | | | | |
| 32. Roth IRA No. 2 | | | | | | | | | |
| 33. -Eldorado Gold | | None | J | T | | | | | |
| 34. Brokerage Account No. 1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -Raytheon | A | Dividend | J | T | | | | | |
| 36.    -UBSPW Cash Fund | A | Dividend | J | T | | | | | |
| 37.    Investment Partnership No. 1 | | | | | | | | | |
| 38.    -Rentech | | None | | | Sold | 1/08 | J | A | |
| 39.    -Rentech | | None | | | Sold | 1/08 | J | A | |
| 40.    -Rentech | | None | | | Sold | 1/08 | J | A | |
| 41.    -Frontier Communications | A | Dividend | J | T | Transferred (to line 56) | | | | |
| 42.    -Fomento Economico | | None | K | T | Transferred (to line 57) | | | | |
| 43.    -National Grid PLC | A | Dividend | J | T | Transferred (to line 58) | | | | |
| 44.    Custodial Account No. 1 | | | | | | | | | |
| 45.    -Cisco Systems, Inc. | | None | J | T | | | | | |
| 46.    -Intel Corp | A | Dividend | J | T | | | | | |
| 47.    529 Plan | | | | | | | | | |
| 48.    -American Funds 529 | | None | | | Transferred (to line 49) | | | | |
| 49.    -Putnam 529 College Fund | | None | K | T | Transferred (from line 48) | | | | |
| 50.    Trust No. 1 | | | | | | | | | |
| 51.    -Haslett MI Public Schools | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Genesse City MI Bldg. | B | Interest | K | T | | | | | |
| 53.  -Provident Energy Trust | B | Dividend | J | T | | | | | |
| 54.  -RMA Money Fund | A | Dividend | J | T | | | | | |
| 55.  Trust No. 2 | | | | | | | | | |
| 56.  -Frontier Communications | A | Dividend | J | T | Transferred (from line 41) | | | | |
| 57.  -Fomento Economico | | None | K | T | Transferred (from line 42) | | | | |
| 58.  -National Grid PLC | A | Dividend | J | T | Transferred (from line 43) | | | | |
| 59.  -Johnson & Johnson | A | Dividend | J | T | Buy | 8/06 | J | | |
| 60.  -JP Morgan Chase | A | Dividend | J | T | Buy | 10/14 | J | | |
| 61.  -Lumber Liquidators | | None | J | T | Buy | 10/14 | J | | |
| 62.  -Walt Disney | A | Dividend | J | T | Buy | 10/14 | J | | |
| 63.  Trust No. 3 | | | | | | | | | |
| 64.  -RMA Money Fund | A | Dividend | J | T | | | | | |
| 65.  Michigan Baseball Ventures, LLC Partners | | None | L | V | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Rosen, Gerald E. | . | 5/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2. Part III. Agreements
 a.) Line 4 - To own interests in various minor league baseball franchises; net profits/losses are allocated with accordance with members' shares

3. Part VII. Investments and Trusts
 a.) Securities have been arranged to reflect the holdings of investment accounts.
 b.) Line 56 - Citizens Communications changed its name to Frontier Communications on July 31, 2008.
 c.) Line 65 - Michigan Baseball Ventures, LLC - Value used is Tax Basis reported on Schedule K-1.
 d.) Line 37 - Investment Partnership No. 1was dissolved and remaining assets were disbursed to Trust No. 2.

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 5/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544